## Commonwealth *v.* Siegel, Appellant.

Argued March 20, 1964. *Michael H. Egnal,* with him *Anthony J. Giangiulio,* for appellant; *Richard A. Devlin,* Assistant District Attorney, for Commonwealth, appellee.

Judgment affirmed.